IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS BRIDGEN, | : |
| Plaintiff, | : |
| v. | : 3:19-CV-1105 |
| | : (JUDGE MARIANI) |
| CONNIE AST a/k/a | : |
| CONNIE KENNER, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 22nd DAY OF NOVEMBER 2021, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion in Limine to Preclude Plaintiff's Claim for Emotional Distress and Other Non-Provable Damages (Doc. 34) is **DENIED WITHOUT PREJUDICE** but subject to Defendant's timely objection, should the issues in Defendant's Motion arise at trial.

2. Defendant's Omnibus Motion in Limine (Doc. 36) is **STRICKEN** for violation of this Court's Pretrial Order (Doc. 33). Notwithstanding the foregoing, Defendant may raise timely objections to the presentation of evidence which Defendant believes is inadmissible as well as to trial conduct that is not in accordance with law or rule.

_____
Robert D. Mariani
United States District Judge